# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Sarah Zawlocki, et al.

                                 Plaintiff,

v.

                                 Case No.:
1:21−cv−00034

Honorable Sunil R. Harjani

Partners' Tap, Inc., d/b/a Morrison Roadhouse, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 21, 2024:

        MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of dismissal [110], this case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), with the Parties having paid all costs and fees arising from this lawsuit. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.